AO 455 (REV. 5 85) Waiver of Indictment

## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMES LOWE

**WAIVER OF INDICTMENT**

CASE NUMBER 00 - 6123 CR-FERGUSON

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

MAY 17 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

I, James Lowe, the above named defendant, who is accused I of conspiracy to commit bank fraud, to defraud the Department of Housing and Urban Development, to file false loan applications with financial institutions, and to commit mail fraud, wire fraud and money laundering, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  *5-17-2000*  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant.

_____
Counsel for Defendant

Before _____ - 5/17/00
        Judicial Officer