| | | | |
|---|---|---|---|
| DEFT: | James Lowe (surrender) | CASE NO: | 00-6123-CR-Ferguson |
| AUSA: | Jeff Kaplan *present* | ATTNY: | Ray Miller *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance on Information | BOND REC: | 250,000 PSB |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

BOND SET @ $100,000 PSB stipulated

CO-SIGNATURES: wife Angela Lowe

SPECIAL CONDITIONS:

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. ✓ — surr passport by Thursday
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. ✓
6) Maintain or seek full-time employment. — Verifiable
7) Maintain or begin an educational program.
8) No contact with victims/witnesses. ✓
9) No firearms. ✓
10) Curfew:
11) Travel extended to: SD/FL
12) Halfway House
   Electronic Monitoring
reside at current address, no illegal drugs or excessive alcohol

- advised of charge
- waives indictment
- sworn

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order

FILED
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

plea likely

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | N/A | | |
| DATE: 5-17-00 | TIME: 11:00am | TAPE # 00-048 | PG # 10 |

574-700
recalled 1126-1301  3