# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO __00-6123-CR-Ferguson__

UNITED STATES OF AMERICA,
   Plaintiff,

ORDER ON INITIAL APPEARANCE
Language English
Tape No. 00-042

v.

James Lowe
   Defendant

AUSA Kaplan

Agent _____

The above-named defendant having been surrendered _____ 5-17-00 _____, having appeared before the court for initial appearance on _____ 5-17-00 _____ and proceedings having been held in accordance ...

ORDERED as follows

1. __Ray Miller__ appeared as ...
   Address: _____
   Zip Code _____ Telephone _____

2. _____ appointed ...
   Address: _____
   Zip Code _____ Telephone _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____

4. Arraignment/Preliminary hearing is set for _held_

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing pursuant to 18 U.S.C. 3142(f) is set for _____

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142

   __250,000 PSL recommended__

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below

____ a. Surrender all passports and ...

____ b. Report to Pretrial Services as follows ... times a week by phone ____ times a week in person, other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician prescribed substances prohibited by law

____ d. Maintain or actively seek full-time gainful employment

____ e. Maintain or begin an educational program

____ f. Avoid all contact with victims of or witnesses to the crimes charged

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon

____ h. Comply with the following curfew

1

_____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set : At Arrest      _____

On Warrant     _____

After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 17 day of May ,20 00

_____

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-1
Rev 01 00