

FILED by _____ D.C.
MAY 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6123-CR-Ferguson

UNITED STATES OF AMERICA

vs

James Lowe

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT:       Address: see bond

                 Telephone: _____

DEFENSE COUNSEL: Name: Ray Miller

                 Address: _____

                 Telephone: _____

BOND SET/CONTINUED: $ 100,000 PSB

Bond hearing held: yes X  no ___  Bond hearing set for _____

Dated this 17 day of May, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-042

cc: Clerk for Judge
    U. S. Attorney