UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55 306-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR  DO-6183-CR-Ferguson
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
James D. Love )
Defendant

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
U.S. District Court       (circle one)

FILED by D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 05/17/00 _____ am pm

(2) Language Spoken: English

(3) Offense(s) Charged: Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 07/15/67

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint To be filed/Already filed
Case#

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $100 K  AS
Why set Bond: Seltzer

(7) Remarks: Self Surrender

(8) Date: 05/17/00  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____