UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        )       CASE NO.: 00-6123-CR-FERGUSON
                                 )
        Plaintiff,               )
                                 )
vs.                              )
                                 )
JAMES LOWE                       )
                                 )
        Defendant.               )
_____)

### AGREED UPON MOTION TO ALLOW DEFENDANT TO TRAVEL

**COMES NOW**, the Defendant, **JAMES LOWE**, by and through his undersigned counsel, files this his motion to request that he be permitted to travel outside the Southern District of Florida and as grounds therefore would state the following:

1. That the Defendant is presently out on a $100,000.00 Personal Surety Bond, co-signed by his wife.

2. The Defendant is desirous of traveling to Evansville, Indiana, more particularly, to visit with his Mother-in-Law, Carol J. Clayton, who resides at 264 Washington Avenue, Evansville, Indiana, 47713 (Phone Number 812-423-1053) from July 29, 2000 through August 10, 2000.

3. That the Defendant will be taking his wife and one year old child with him.

4. Presently, there are no court appearances required during this time period as the Defendant is scheduled to be sentenced on September 15, 2000.

5. That undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan and he has indicated that he has absolutely no objection to this motion.

**WHEREFORE**, the Defendant, **JAMES LOWE**, would respectfully request this

Honorable Court enter an Order permitting him to travel to Evansville, Indiana from July 29, 2000 through August 10, 2000.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Assistant United States Attorney Jeffrey Kaplan, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, on July 10, 2000.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:         (954) 462-8594

Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176

RCM:vp