UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6123-CR-FERGUSON

    Plaintiff,

vs.

JAMES LOWE,

    Defendant.
_____/

JUL 26 2000

### ORDER

**THIS CAUSE** is before the Court on an Agreed Upon Motion to Allow Defendant to Travel and upon consideration of the motion in this cause, it is

**ORDERED AND ADJUDGED** that the Agreed Upon Motion to Allow Defendant to Travel is hereby GRANTED. THE DEFENDANT SHALL RETURN TO THE JURISDICTION BY AUG. 10, 2000.

**DONE AND ORDERED** this 25TH day of July, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE

cc:

Jeffrey N. Kaplan, Esq.
  Assistant United States Attorney

Raymond C. Miller, Esq.
  Attorney for Defendant