UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 00-6123-CR-FERGUSON |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LOWE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AGREED UPON MOTION TO CONTINUE SENTENCING DATE

**COMES NOW**, the Defendant, **JAMES LOWE**, by and through his undersigned counsel, files this his motion to continue the sentencing date in this cause and as grounds therefore would state as follows:

1. Presently, the Defendant is scheduled to be sentenced on September 15, 2000, before this Honorable Court.

2. In part, as a result of the Defendant's cooperation, seven additional related cases have been made by the United States Government against seven defendants whose cases remain separate from each other and are presently pending before several United States District Court Judges in the Southern District of Florida.

3. Two of these defendants were scheduled to be sentenced on September 1, 2000, however, their sentencing dates were continued. Another defendant is scheduled to be sentenced on December 4, 2000.



4. There remains at least three defendants in three separate cases maintaining a trial posture.

5. On July 7, 2000, the date the Defendant pled guilty to a One Count Information, this Honorable Court indicated, in response to the Government relaying the posture of several pending trial defendants, that a request for a continuance of the Defendant's sentencing date could be made at some point in the future.

6. That the Defendant remains out on bond, having appeared for any and all court appearances and continues his complete and thorough cooperation with the United States Government which is inclusive of at least one pending investigation having no relationship at all to the seven other cases pending in the Southern District of Florida.

7. In addition, the Defendant's wife suffers from seizures. At the present time, she requires medication and care which has been rendered largely by her husband, the Defendant in the present case. (Attached hereto and made a part hereof as Exhibit "A", is a letter from the Defendant's wife's physician). Presently, the Defendant and his wife are the sole caretakers for their infant child.

8. That undersigned counsel has communicated with Assistant United States Attorney Jeffrey Kaplan who has indicated that he has absolutely no objection to a request for a continuance of the sentencing date in this cause

**WHEREFORE**, the Defendant, **JAMES LOWE**, would respectfully request that the sentencing be continued until at least December 4, 2000, a date scheduled for the sentencing of one of the other pending cases in the Southern District of Florida, but more importantly, a date which is reasonable to assume that Defendant Lowe would and could fulfill all of his obligations to the United States Government pursuant to his cooperation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Assistant United States Attorney Jeffrey Kaplan, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, and hand-delivered to Kathryn Gomez, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Fort Lauderdale, Florida, 33301-1865, on September 7, 2000.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:          (954) 462-8594

Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176

RCM:vp



# EMERY NEUROSCIENCE CENTER

**Waden E. Emery III, M.D.**
Diplomate American Board of Psychiatry and Neurology

**Joyce E. Strom, Ph.D., R.N.**
Neuropsychology

**Susan W. Crane, R.T.R.**
Radiology

**Vince Forzano, R.P.T.**
Physical Therapy

**Patricia Kesselman, R.E.E.G., E.P.T.**
Neurodiagnostics

**Cindy Pfeifer, O.T.R./L**
Occupational Therapy

August 28, 2000

RE: Adriane Angel-Lowe

To Whom It May Concern:

The above-referenced patient is under my care for her diagnosis of seizures. At the current time, medication changes and dosages are necessary in an effort to control the seizure activity.

Due to the patient's continued seizures, she should not be left unattended. Therefore, it is medically necessary for her husband to stay with her on a 24-hour per day basis.

If you need additional information, or have further questions, please contact this office.

Signed: _____
Waden E. Emery III, M. D.

WEE/smg

4800 North Federal Highway ✣ Second Floor ✣ Fort Lauderdale, Florida 33308
Telephone: (954) 771 8300 ✣ Fax (954) 771 4002
Web site: www.emeryneuro.com

*Exhibit "A"*