SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 16 2000

CASE # 00-6123-CR-W/F

DEFENDANT Thomas Lowe

JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER

DATE September 15, 2000

Court Reporter ~~Paul Haferling~~ K. Meyers

USPO K. Gomez

AUSA Jeff Kaplan

Deft's Counsel Rey Miller, Esq

COUNTS DISMISSED ___ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment   Years   Months 57   Counts ~~All~~ one

Supervised Release 3 yrs

execution of this Sentence is stayed until 1/12/01 at 9 a.m.

Probation   Years   Months   Counts

Comments _____

Assessment $ 100.00          Fine $ None

Restitution /Other _____

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal
✓ stayed ~~Voluntary~~ Surrender to (designated institution or U. S. Marshal Service) on 1/12/01 @ 9:00 am

Commitment Recommendation: _____

18