UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

01 JAN 3 P 2:35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 00-6123-CR-FERGUSON |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LOWE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGREED UPON MOTION TO CONTINUE RESTITUTION HEARING DATE, RULE 35 HEARING DATE AND SELF-SURRENDER DATE

**COMES NOW**, the Defendant, **JAMES LOWE**, by and through his undersigned counsel and hereby files this his Agreed Upon Motion to Continue the Defendant's restitution hearing date, Rule 35 hearing date and self-surrender date and as grounds therefore would state as follows:

1. Presently, the Defendant is out on bond, and a Restitution Hearing date and Rule 35 hearing date is scheduled for January 12, 2001 at 9:00 A.M. before this Honorable Court.

2. Additionally, the Defendant did receive a Notice of Voluntary Surrender indicating that he is to self surrender on January 12, 2001 before 12:00 Noon. (it is just by coincidence that this date had been established by the Bureau of Prisons). The Defendant continues to work diligently in procuring successful positioning within the Bureau of Prisons.

3. That the Rule 35 Hearing should occupy some time and therefore it would be impossible to self surrender to the Bureau of Prisons on this date and time.



4. Additionally, the Defendant remains proactive with regard to his cooperation with the United States Attorney's Office for the Southern District of Florida and there remains pending matters. A trial of a case-related Defendant is scheduled to commence on January 16, 2001, wherein the Defendant James Lowe may be expected to testify.

5. Lastly, the Defendant's wife suffers from seizures and additional arrangements need to be made for the care of his wife and their 14 month old child.

6. That undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan who has indicated that he has no objection to a sixty (60) day continuance of the restitution hearing, Rule 35 hearing and self-surrender date.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail to Assistant United States Attorney Jeffrey Kaplan, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, and to Kathryn Gomez, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Fort Lauderdale, Florida, 33301-1865, and to United States Marshal's Service, 299 East Broward Boulevard, Suite 312, Fort Lauderdale, Florida, 33301, on January 2, 2001.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:    (954) 462-8594

Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176