**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6123-CR-WDF_  Date: _January 12, 2001_

Clerk: __Troy T. Walker__   Reporter: _Paul Haferling_

USPO: _____   Interpreter: _None_

**UNITED STATES OF AMERICA vs.** _James Lowe_

AUSA: _Jeff Kaplan_
Defendant(s) Counsel: _Raymond Miller_

Defendant(s) Present____ Not Present____ In Custody____

Reason for hearing: _Restitution Hearing_

Result of hearing: _Motion to Continue Granted._
_Rule 35 set for 2/23/01 at 2:00 p.m._

Case Continued to:      Time:_____ .P.M. For: