UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 00-6123-CR-FERGUSON |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LOWE | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED UPON MOTION TO AMEND JUDGMENT AND COMMITMENT

**COMES NOW**, the Defendant, **JAMES LOWE**, by and through his undersigned counsel, files this his Motion to Amend the Judgment and Commitment in the above-styled case and as grounds therefore would state as follows:

1. Presently the Defendant is scheduled for a Rule 35 Hearing on February 23, 2001 and scheduled to self-surrender in Fort Lauderdale on March 1, 2001.

2. That the original Judgment and Commitment did not contain a Judicial Recommendation regarding a Bureau of Prisons facility (undersigned counsel inadvertently did not respectfully request the Court to make one) and therefore, the Defendant was originally scheduled to self-surrender at the Federal Prison Camp in Montgomery, Alabama.

3. That the Defendant's wife has a significant medical condition wherein she suffers from seizures which effect not only her health, but impact upon both her and the Defendant's



ability to care for their 14 month old child.

4. That the Defendant's ability to be in close geographic proximity to his wife and 14 month old child would greatly aid their circumstances.

5. That undersigned counsel has communicated with Southeast Bureau of Prison Designator Kathy Aker who has indicated that the Defendant, at least from what undersigned counsel was able to represent to her regarding the Defendant's case, would otherwise qualify to serve his time at the MINIMUM SECURITY FEDERAL PRISON CAMP in Miami, Florida.

6. That a judicial recommendation to the Minimum Security Federal Prison Camp in Miami, Florida, would greatly aid the Defendant in succeeding at doing his time at this facility.

7. That a self-surrender to this facility would greatly decrease the chances of having the Defendant classified and sent to a multitude of other facilities before he would eventually be placed in the Minimum Security Federal Prison Camp in Miami, Florida.

8. That undersigned counsel has communicated with Assistant United States Attorney Jeffrey Kaplan who has indicated that he has no objection to a judicial recommendation to the Minimum Security Federal Prison Camp in Miami, Florida.

**WHEREFORE**, the Defendant, **JAMES LOWE**, would respectfully request this Honorable Court amend the Judgment and Commitment Order on the Defendant to reflect a judicial recommendation to the MINIMUM SECURITY FEDERAL PRISON CAMP in Miami, Florida, and to allow the Defendant to self-surrender at this facility on March 1, 2001.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail to Jeffrey Kaplan, Esq., Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, and to the United States Marshal Service, 299 East Broward Boulevard, Suite 312, Fort Lauderdale, Florida, 33301, on January 24, 2001.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
PHONE: (954) 462-3668
FAX:      (954) 462-8594

Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176

RCM:vp