UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 00-6123-CR-FERGUSON |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LOWE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## EMERGENCY AGREED UPON MOTION TO DEFER SURRENDER DATE

**COMES NOW**, the Defendant, **JAMES LOWE**, by and through his undersigned counsel, files this his Emergency Agreed Upon Motion to Defer the Defendant's Self-Surrender Date and as grounds would state as follows:

1. Presently, the Defendant is scheduled to surrender in Fort Lauderdale on Thursday, March 1, 2001.

2. This surrender date was set based upon belief that a scheduled Rule 35/Restitution Hearing would be heard on February 23, 2001 at 2:00 P.M.

3. Recently, the Rule 35/Restitution Hearing date had been changed by this Honorable Court to March 2, 2001 at 11:30 A.M., however, it is my understanding that this date may also be changed.



4. Additionally, undersigned counsel is awaiting this Honorable Court's ruling on an Agreed Upon Motion to Amend the Judgment and Commitment Order which, if granted, could change the Bureau of Prison Facility that the Defendant would be classified to.

5. Undersigned counsel has learned that it takes approximately three weeks for the Bureau of Prison to classify and re-classify inmates regarding their designated institution.

6. A deferral and continuance of 45 days from the present surrender date of March 1, 2001, would solve all of the procedural problems and permit the Defendant to self-surrender at a designated Bureau of Prisons facility at a time subsequent to this Honorable Court's decision of the Government's Rule 35 Motion.

7. That undersigned counsel has communicated with Assistant United States Attorney Jeffrey Kaplan who has indicated that he absolutely no objection to a 45 day deferral and continuance of the Defendant's surrender date which is presently set for March 1, 2001.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail to Assistant United States Attorney Jeffrey Kaplan, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, and hand-delivered to Kathryn Gomez, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward

Boulevard, Room 409, Fort Lauderdale, Florida, 33301-1865, and via United States Marshal's Service, 299 East Broward Boulevard, Suite 312, Fort Lauderdale, Florida, on February 27, 2001.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX: (954) 462-8594

Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176

RCM:vp