JNK:sr

01 FEB 26 PM 3:37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6123-CR-FERGUSON

UNITED STATES OF AMERICA, :

         PLAINTIFF, :

v. :

JAMES LOWE , :

         DEFENDANT. :

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE UNDER RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for a reduction in the sentence of the defendant under Rule 35(b) of the Federal Rules of Criminal Procedure and states as follows:

1. On May 12, 2000, the defendant was charged in a one-count information with conspiracy to commit bank fraud, to defraud HUD, to commit loan application fraud, wire and mail fraud, and to commit money laundering, all in violation of 18 U.S.C. Section 371. On July 7, 2000, the defendant pled guilty to the one count information. The PSI reflected a guideline range of 57-60 months. On September 15, 2000, the defendant was sentenced to 57 months imprisonment and three years supervised release.

2. The defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed an offense. The defendant assisted the



government in the prosecution of a mortgage fraud scheme, which included the prosecution in

U.S. v. Mark Roseman, 00-6117-Cr-HUCK.  The defendant's assistance will be further detailed

at a hearing on this matter.

<div style="margin-left: 3em;">

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO. A5500030
500 E. Broward Blvd., 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

</div>

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of February, 2001 to Ray Miller, Esq., 400 S.E. 6th Street, Fort Lauderdale, Florida 33301.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY