UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6123-CR-FERGUSON

       Plaintiff,

v.

JAMES LOWE,

       Defendant.
_____/

FILED by _____ D.C.

[FEB 2 8 2001]

**ORDER**

THIS CAUSE is before the Court on an Agreed Upon Motion to Amend Judgment and Commitment and upon consideration of same and the record in this cause, it is

ORDERED AND ADJUDGED that the Agreed Upon Motion to Amend Judgment and Commitment: _TO INCLUDE A RECOMMENDATION THAT THE DEFENDANT BE INCARCERATED AT A MINIMUM SECURITY PRISON CAMP IN MIAMI FLORIDA_.

DONE AND ORDERED this _28th_ day of _February_, 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE

cc:

Jeffrey Kaplan, Esq.
  Assistant U.S. Attorney

United States Marshal Service
  Fort Lauderdale, Florida

Raymond C. Miller, Esq.
  Attorney for Defendant