UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6123-CR-FERGUSON

    Plaintiff,

v.

JAMES LOWE,

    Defendant.

FILED _____ D.C.

FEB 28 2001

_____/

**ORDER**

THIS CAUSE is before the Court on an Emergency Agreed Upon Motion to Defer Surrender Date and upon consideration of same and the record in this cause, it is

ORDERED AND ADJUDGED that the Emergency Agreed Upon Motion to Defer Surrender Date: **GRANTED. THE NEW SURRENDER DATE IS APRIL 3, 2001.**

DONE AND ORDERED this **28th** day of **February**, 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE

cc:

Jeffrey Kaplan, Esq.
  Assistant U.S. Attorney

United States Marshal Service
  Fort Lauderdale, Florida

Raymond C. Miller, Esq.
  Attorney for Defendant