JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6123-CR-FERGUSON

UNITED STATES OF AMERICA, :

        PLAINTIFF, :

v. :

JAMES LOWE, :

        DEFENDANT. :

## ORDER

THIS MATTER is before the Court upon the Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure and upon the continued hearing regarding restitution. Upon consideration of the government's motion, the stipulation of the parties regarding restitution, and being otherwise duly advised upon the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure be and the same is hereby GRANTED and that restitution be ordered in the amount stipulated by the parties.

The sentence previously imposed is hereby reduced to a term of 30 months custody of the Bureau of Prisons, followed by 3 years Supervised Release. All previous conditions of supervised release are reimposed. Restitution in the amount of $1,702,178.77 joint and several is hereby imposed in accordance with the attached stipulation of the parties.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of APRIL, 2001.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Jeffrey Kaplan, Esq., AUSA
    Raymond Miller, Esq.
    Probation
    Marshal

JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6123-CR-FERGUSON

UNITED STATES OF AMERICA, :

        PLAINTIFF, :

v. :

JAMES LOWE, :

        DEFENDANT. :

## STIPULATION REGARDING
## AMOUNT OF RESTITUTION

The United States of America and James Lowe hereby stipulate and agree that the amount of the restitution due and owing by the defendant in the above-referenced case is $1,702,178.77, which is due in the amounts set forth below to the following entities:

| Entity | Amount |
|---|---|
| Fannie Mae<br>950 E. Paces Ferry Rd<br>Suite 1900<br>Atlanta, GA 30326 | $271,593.23 |
| First Bankers Mortgage Svcs.<br>1700 N.W. 64th St., Suite 100<br>Ft. Lauderdale, Fl 33309 | 163,842.40 |
| Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102 | 86,225.94 |
| PMI Mortgage Insurance Co.<br>601 Montgomery St.<br>San Francisco, CA 94111 | 104,239.65 |

| | |
|---|---|
| HUD<br>909 S.E. 1st Avenue<br>Miami, Fl 33131 | 398,476.66 |
| Radian Guaranty<br>400 Market St.<br>Philadelphia, PA 19106 | 50,611.30 |
| GE Capital Mortgage Ins. Co.<br>6601 Six Forks Road<br>Raleigh, N.C. 27615 | 86,251.58 |
| United Guaranty Residential Ins. Co.<br>230 N Elm Street<br>PO Box 21367<br>Greensboro, N.C. 27420 | 112,347.80 |
| Mortgage Guaranty Ins. Corp.<br>MGIC Plaza<br>PO Box 488<br>Milwaukee, Wisc 53201 | 147,880.97 |
| Republic Mortgage Ins. Co.<br>PO Box 2514<br>Winston-Salem, N.C. 27102 | 166,061.84 |
| CMAC a/k/a Radian<br>400 Market Street<br>Philadelphia, PA 19106 | <u>114,647.40</u><br>$1,702,178.77 |

The liability for restitution should be joint and several with the defendant's co-conspirators.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
Court No. A005500030
500 E. Broward Blvd. 7th Flr.
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

By: RAYMOND MILLER, ESQ.
ATTORNEY FOR DEFENDANT

JAMES LOWE
DEFENDANT

3