DEFENDANT: JAMES LOWE, (J) 55306-004
CASE NUMBER: 0:00CR06123-001 WDF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __57__ month(s) _____.

Execution of this sentence is stayed until January 12, 2001, at which time a restitution hearing will be held at 9:00 a.m.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ a.m./p.m. on _____.

    [ ] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [X] before 2 p.m. on _____01/12/2001_____.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

Defendant surrendered/was delivered on 01/16/01 to the Federal Prison Camp, Maxwell, Alabama
C.J. DeRosa
Warden, FPC, Maxwell AFB, Ala
A Boyce, ATSM
Receiving Officer, FPC, Maxwell B, Alabama

## RETURN

I have executed this judgment as follows:

Defendant delivered on __4/3/01__ to __FCI Miami__ at __PL__, with a certified copy of this judgment.

Ed Gonzalez, Warden
UNITED STATES MARSHAL

By __Tina Nolan, LT__
Deputy U.S. Marshal