UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

01 OCT -3 PM 5: 11

CLA... ...DOX
CLERK U S. DIST. CT.
S.D. OF FLA - MIA
FERGUSON

UNITED STATES OF AMERICA )
    Plaintiff/Respondent )
vs. )
JAMES  LOWE )
    Defendant/Petitioner )
_____/

CASE NO. 0:00CR06123-001

**PETITIONER'S MOTION REQUESTING**
**COURT'S CLARIFICATION**
**OF JUDGEMENT AND COMMITMENT ORDER**

COMES NOW The Petitioner James P. Lowe, Pro Se, currently an inmate (Reg. No. 55306-004) incarcerated at Federal Correctional Insitution Miami, P.O. Box 779800, Miami, Florida 33177, and requests that this Honorable Court clarify The Judgement and Commitement Order of September 20, 2000 (copy attached), for the following reasons:

1.    On September 20, 2000, this Court sentenced Defendant to a term of incarceration of 30 months to be followed by a term of Supervised Release of three (3) years for violation of **18 U.S.C. §371, CONSPIRACY**.

2.    As part of the same Judgement and Commitment, the Court ordered defendant to pay restitution. Said restitution was to be determined by a hearing on "...January 12, 2001, at which time a restitution hearing will be held at 9:00 a.m." (Judgement & Commitment Order, pg. 2, attached).

3.    As of this date, defendant, to the best of his knowledge and belief, is unaware of any hearing having been held to establish the terms and conditions of said restitution order.

(1)

4. It is defendant's understanding that a final determination on the terms of restitution must be made within ninety (90) days of sentencing.

NOW, THEREFORE, defendant/petitioner Lowe respecfully requests that this Honorable Court issue a judicial **ORDER** clarifying his Judgement and Commitment as to the following:

a) The full amount and terms of restitution applicable to petitioner in the instant case, and

b) A full accounting of any and all funds paid by or on behalf of petitioner's co-defendants in the instant case.

Respectfully Submitted

JAMES P. LOWE
REG. NO. 55306-004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent this 28 day of September, 2001, via First Class, United States Mail, properly addressed and with proper postage affixed, to Jeff Kaplan, Assistant United States Attorney, Office of the United States Attorney, 99 N.E. Fourth Street, Miami, Florida 33132-2126.

JAMES P. LOWE
Reg. No. 55306-004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177

(2)

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Offenses Committed On or After November 1, 1987) |
| JAMES LOWE, (J) 55306-004 | Case Number: 0:00CR06123-001 |
| | Jeff Kaplan, AUSA / Raymond Miller, Esq |
| | Defendant's Attorney |

THE DEFENDANT:

☒ pleaded guilty to count(s)   **One Count Information**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 U.S.C. § 371 | Conspiracy | 12/31/1996 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ **N/A**

☒ Count(s) _____ **N/A** _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 07/05/1967
Defendant's USM No.: 55306-004
Defendant's Residence Address:

08 West Terra mar Drive

pano Beach     FL     33062

Defendant's Mailing Address
08 West Terra mar Drive

pano Beach

09/15/2000
Date of Imposition of Judgment

Signature of Judicial Officer

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

9/20/00
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida 33062
By _____ Deputy Clerk

DEFENDANT: JAMES LOWE, (J) 55306-004
CASE NUMBER: 0:00CR06123-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___57___ month(s)___.

**Execution of this sentence is stayed until January 12, 2001, at which time a restitution hearing will be held at 9:00 a.m.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____.

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on _____01/12/2001_____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____