UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                         Case No. 00-6123-CR-FERGUSON

JAMES LOWE,
        Defendant.
_____/

FILED by ___ D.C.
NOV 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER TO RESPOND

THIS CAUSE is before the Court on the defendant, James Lowe's Motion Requesting Court's Clarification Of Judgement & Commitment Order.

The government is hereby **ORDERED** to respond, within fifteen (15) days, to the defendant's motion for return of property.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 31st day of October 2001.

                                      WILKIE D. FERGUSON, JR.
                                      UNITED STATES DISTRICT JUDGE

Jeffrey Kaplan, AUSA
James P. Lowe, Pro Se
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177