UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                          Case No. 00-6123-CR-FERGUSON

JAMES LOWE
        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR CLARIFICATION

THIS MATTER is before the Court in response to the Defendant's, JAMES LOWE, Motion to Clarify Judgment and Commitment. Upon consideration of said motion it is hereby,

**ORDERED AND ADJUDGED** that the motion is ***DENIED.*** The amount of restitution was fixed by post-judgment order entered April 17, 2001, based on a stipulation.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of January, 2002.

                                          WILKIE D. FERGUSON, JR.,
                                          UNITED STATES DISTRICT JUDGE

Jeffrey Kaplan, AUSA
James Lowe, Defendant