

**United States Government**
MEMORANDUM

**DATE:** February 4, 2003

**FROM:** Diane Acquaviva, U.S. Probation Officer
Hollywood, Florida
(954) 769-5573

**SUBJECT:** LOWE, James
Docket No. 0:00CR06123-001
SD/FL PACTS No. 63931

**TO:** The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale, Florida

### REQUEST FOR INTERNATIONAL TRAVEL

**Original Offense and Sentence:**

On September 15, 2000, Your Honor sentenced the above referenced defendant to fifty-seven (57) months custody of the Bureau of Prisons followed by three (3) years supervised release for the offense of Conspiracy (mortgage fraud). On April 17, 2001, Your Honor reduced the defendant's sentence to thirty (30) months custody of the Bureau of Prisons via a Rule 35. The following special conditions were ordered: participate in a drug treatment program, full financial disclosure, cannot incur any new debt, maintain full-time employment, cannot be self-employed, cannot engage in any business's that offer business opportunities to the public, and pay $1,702,178.77 in restitution. The defendant was released on November 22, 2002 to begin his three year term of supervised release.

**Supervision History:**

Since Mr. Lowe's release from prison, he has maintained stable residence and employment. Mr. Lowe has complied with his scheduled restitution payments. All drug tests have yielded negative results.

Mr. Lowe has requested travel to Chub Cay-Berry Islands in the Bahamas on February 20, 2003 through February 24, 2003 for a fishing trip. Mr. Lowe will be traveling via Bimini Island Airlines, and staying at a hotel on the island. The Office of the Bahamas Consulate General has been notified regarding the defendant's requested travel.

**MEMORANDUM TO:**

The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale, Florida
February 4, 2003
Page 2

        RE: LOWE, James
           SD/FL PACTS# 63931

**Recommendation:**

 It is the recommendation of this office, that Mr. Lowe be allowed to travel to the Chub Cay in the Bahamas. It is respectfully requested that Your Honor indicate the Court's decision by checking the appropriate space below and returning this memorandum to the undersigned officer.

 We thank the Court for its consideration of this matter, and should Your Honor have any questions, please telephone the undersigned office at (954) 769-5573.

               Respectfully submitted,

Reviewed by: _[signature]_
Eugénie D. Huft, Supervising
U.S. Probation Officer

Request Granted _____

Request Denied ___✓____

_[signature]_
The Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge

02/14/03
Date