PROB 12B                                                          SD/FL PACTS No. 63931
(SD/FL 9/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06123-001

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: James Lowe

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: September 15, 2000

Original Offense:    Conspiracy, 18 U.S.C. § 37, a class D felony.

Original Sentence:   Fifty-seven (57) months Bureau of Prisons (reduced to thirty (30) months on 4/17/01) followed by three (3) years supervised release. Special conditions: full financial disclosure, cannot incur new debt, maintain full-time employment, cannot be self-employed, cannot engage in businesses that offer securities, participate in a drug treatment program, and pay $1,702,178.77.

Type of Supervision: Supervised Release         Date Supervision Commenced: November 22, 2002

PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**



PROB 12B                                                                      SD/FL PACTS No. 63931
(SD/FL 9/96)

# CAUSE

     The defendant was ordered to make restitution in the sum of $1,702,178.77. A financial investigation was conducted to determine the defendant's ability to make monthly restitution payments. Based on this information it was determined the defendant will only be able to pay $100.00 per month towards restitution. The defendant has signed a Probation Form 49, Waiver of Hearing, agreeing to modify his conditions of supervised release to include making monthly payments of $100.00 towards his restitution. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by  *[signature]*

Diane Acquaviva
U.S. Probation Officer
Phone: (954) 769-5573
Date: February 11, 2003

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

March 31, 2003
Date