PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 63931

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06123-001

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: James Lowe

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S.
District Court, Fort Lauderdale, Florida

Date of Original Sentence: September 15, 2000

Original Offense:    Conspiracy, 18 U.S.C. § 37, a class D felony.

Original Sentence:    Fifty-seven (57) months Bureau of Prisons (reduced to thirty (30) months
on 04/17/01) followed by three (3) years supervised release. Special
conditions: full financial disclosure, cannot incur new debt, maintain full-
time employment, cannot be self-employed, cannot engage in business
that offer securities, participate in a drug treatment program, and pay
$1,702,178.77.

Type of Supervision: Supervised Release          Date Supervision Commenced: November 22,
2002

## PETITIONING THE COURT

[]     To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of 10% of his gross salary per month
until such time as the court may alter that payment schedule in the interest of
justice. The U. S. Probation Office and the U. S. Attorney's Office shall monitor the
payment of restitution and report to the court any material change in the
defendant's ability to pay.**

## CAUSE

The defendant was ordered to make restitution in the sum of $1,702,178.77. A financial
investigation was conducted to determine the defendant's ability to make monthly restitution



PROB 12B
(SD/FL 9/96

SD/FL PACTS No. 63931

<u>NAME OF OFFENDER: JAMES LOWE</u>              <u>CASE NO: 0:00CR06123-001</u>

payments.  Based on this information it was determined that the defendant will pay 10% of his gross salary per month towards restitution.  The defendant has signed a Probation Form 49, Waiver of Hearing, agreeing to modify his conditions of supervised release to include paying 10% of his gross salary towards his restitution.  As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by

Ann M. Roman
U.S. Probation Officer
Phone: (954) 769-5509
Date: August 12, 2003

AMR/dee

Reviewed by: _____
Carolyn M. Gamble, Supervising
U. S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date