SD/FL PACTS NO. 63931

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### CASE NO. <u>00CR06123-001</u>

UNITED STATES OF AMERICA,

     Plaintiff,

v.

James Lowe.

     Defendant.

_____/

### <u>CONSENT AGREEMENT</u>

The United States of America and <u>James Lowe</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the $<u>1,702,178.77</u> restitution/fine imposed in the Judgment and Probation Commitment Order entered herein on <u>September 20, ,</u> 20<u>00</u>, against Defendant <u>James Lowe</u>, pursuant to the following terms.

    1.    The defendant, <u>James Lowe</u>, shall pay the restitution/fine balance of $<u>1,672,733.00,</u> plus statutory interest of <u>%</u> (contact the FLU Unit to determine the interest rate) pursuant to 18 USC 3612(f) to the United States of America at the rate of 10% of gross salary per month, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full.

    2.    The Defendant, <u>James Lowe</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla) and mailed to the:

               Clerk of the Court
               U.S. District Court
               Southern District of Florida



SD/FL PACTS NO. 63931

Financial Section
301 North Miami Avenue, Room 150
Miami, Florida  33128

**The case number and defendant's name must be printed on the check.**

3.      The Defendant, <u>James Lowe</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand.  Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4.      The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.      The Defendant, <u>James Lowe</u>, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6.      The parties agree that upon the complete satisfaction of the 10% of gross salary restitution/fine judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

SD/FL PACTS NO. 63931

The parties consent to the terms of the above-specified agreement.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:

Defendant: James Lowe
Address: 1808 West Terramar
        Lauderdale By the Sea, FL
Phone: (954)663-8121
SSN: ███████

Elizabeth Ruf Stein
Assistant U.S. Attorney
Financial Litigation Unit
99 N.E. 4th Street, #313
Miami, Florida  33132-2111
Phone: (305) 961-9313
Fax:  (305) 530-7195
FLA Bar No: 354945
Email: elizabeth.stein@usdoj.gov

Ann Roman
U.S. Probation Officer
Address: 299 East Broward Blvd, #409, Ft. Lauderdale, FL
Phone: (954)769-5509
Fax: (954)769-5566

Dated this *May* day of *26*, 2005.