UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6123-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES LOWE,

    Defendant.
_____/

FILED by ___ D.C.
JUN - 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $1,702,178.77, entered on September 20, 2000, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this 7 day of June, 2005.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
    Ann Roman, USPO
    James Lowe, Defendant

